```
             IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                     HOT SPRINGS DIVISION
```

GREGORY BREWER                                            PLAINTIFF

v.                          CASE NO. 07-06034

CHIEF HOLT, Garland County
Sheriff's Department; CAPTAIN
MEL STEED, Garland County
Detention Center; and MS. TALLIE
GILLESPIE, Kitchen Staff, Garland
County Detention Center                                   DEFENDANTS

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

On May 16, 2007, Gregory Brewer filed this federal civil rights action pursuant to 42 U.S.C. § 1983. He proceeds pro se and *in forma pauperis*. Plaintiff completed and signed a court-directed addendum to his complaint on May 23, 2007. The Magistrate Judge entered his Report and Recommendation on May 31, 2007.

The background of Plaintiff's Complaint is fully set out in the Report and Recommendations of the Magistrate Judge. In short, Plaintiff filed his Complaint due to a water bug found in his mashed potatoes on April 18, 2007. It was the recommendation of the Magistrate Judge, the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas, that Plaintiff's case be dismissed as the claims asserted fail to state claims upon which relief may be granted. Plaintiff filed an objection to this Report and Recommendation on June 13, 2007. Plaintiff's objection advises the Court that on June 5, 2007 other foreign material was found in his food and indicates the foreign

matter may be put there intentionally.

The Court has considered the written objection filed by the Plaintiff, and has reviewed this case *de novo*.

Being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and is hereby adopted in its entirety.

Given Plaintiff's facts as pled, that foreign material was in his food, is not constitutional deprivation subject to suit under Section 1983. *Hamm v. DeKalb County*, 774 F.2d 1567, 1572 (11th Cir. 1985); *Lundsford v. Reynolds*, 376 F. supp. 526, 527 (W.D. Va. 1974).

Accordingly, the Court finds the above-styled case is DISMISSED with prejudice, as the claims asserted fail to state claims upon which relief may be granted.

IT IS SO ORDERED.

                                                    */s/ Robert T. Dawson*
Dated:   June 20, 2007          Robert T. Dawson
                                       United States District Judge